UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARALLEL EDGE, INC.,<br>Plaintiff,<br><br>v.<br><br>MICHAEL F. ANDREA,<br>Defendant. | Case No.: 1:14-cv-13316-RGS |

## ORDER FOR PRELIMINARY INJUNCTION

After a hearing on Parallel Edge, Inc.'s Motion for Preliminary Injunction and pursuant to Fed. R. Civ. P. 65, it is HEARBY ORDERED THAT:

(1) Defendant Michael F. Andrea, directly or indirectly, whether as employee, owner, partner, agent, director, officer, shareholder or in any other capacity, for his own account or for the benefit of any person (hereinafter collectively referred to as "Defendant Andrea"), shall cease, desist, and be enjoined from soliciting, diverting, accepting business from, or otherwise taking away from or interfering with, for a period of one year from the date of this order: (a) any of Parallel Edge, Inc.'s current customers and customers who had not ceased doing business with Parallel Edge on March 28, 2014. This Order prevents Defendant Andrea (as defined above) from rendeing services or providing products the same or substantially similar to the services rendered or products provided in connection with Michael F. Andrea's employment with Parallel Edge, Inc. as defined in the parties' Restrictive Covenant Agreement, including the business of operating, installing, distributing, managing, leasing, and/or servicing computers, computer equipment, network support and cabling installations and/or related software, software training and hardware installation and designing.

(2) Without limiting in any way the foregoing, Defendant Andrea (as defined above) shall cease, desist, and be enjoined from any and all activity defined in the aforementioned Paragraph 1 for a period of one year from the date of this Order with respect to Parallel Edge, Inc.'s former clients: (a) Lexington Orthodontics, 24 Muzzey St., Lexington, Massachusetts 02421 and/or any of its other Massachusetts locations; (b) AHA Consulting Engineers, 24 Hartwell Ave., Lexington, Massachusetts 02421 and/or any of its other locations; (c) Anthi Frangiadis Associates, 11 Spring St., Marion, Massachusetts 02738 and/or any of its other Massachusetts locations; (d) Allegro Interior Architecture, 225 Friend St., Boston, Massachusetts 02110 and/or any of its other Massachusetts locations; and (e) Newbury Design Associates, 205 Newbury St., Framingham, Massachusetts 01701 and/or any of its other Massachusetts locations.

(3) Nothing in Paragraph 2 or this Order in any way extinghuishes or can be viewed as a waiver of Parallel Edge, Inc.'s right to collect money damages for all breaches of the Restrictive Covenant Agreement that occurred between the date of Michael F. Andrea's termination on March 28, 2014 to date and, in fact, Parallel Edge, Inc. specifically reserves such claims for money damages.

(4) Defendant Andrea (as defined above) shall cease, desist, and be enjoined for a period of one year from the date of this Order from soliciting, diverting, or inducing any of Parallel Edge, Inc.'s employees to leave or to work for any employee or persons with whom any employee is connected who is presently employed by Parallel Edge, Inc. in connection with the business of operating, installing, distributing, managing, leasing, and/or servicing computers, computer equipment, network support and cabling installations and/or related software, software training and hardware installation and designing as set forth and defined in the Restrictive Covenant Agreement.

SO ORDERED:  /s/ Richard G. Stearns
The Honorable Richard G. Stearns
United States District Court Judge

DATED: 9-12-14.

3